

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2015

No. 04-14-00626-CR

Alvin **VALADEZ, JR.,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1568-CR-C
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

    Appellant's brief was originally due December 22, 2014; however, the court granted appellant an extension of time to file the brief until January 21, 2015. The brief was not filed. Instead, on January 27, appellant filed a motion requesting an additional thirty days to file the brief.

    We **grant** the motion and **order** appellant's attorney, Ed Shaughnessy, to file the appellant's brief by February 20, 2015. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court